

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00051-CV

Norma **GARZA**,
Appellant

v.

**SAN ANTONIO WATER SYSTEM**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-12912
Honorable Solomon Casseb, III, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER that appellee San Antonio Water System recover its costs of this appeal from appellant Norma Garza.

SIGNED September 25, 2013.

_____
Marialyn Barnard, Justice